```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
DANE IAN BONNEY,

                    Plaintiff,         00-cv-8270 (JGK)

          - against -                  ORDER

JANET RENO, ET AL.,

                    Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The Court received a letter from Mr. Boney in July 2020. Dkt. No. 22. Mr. Boney asks this Court to intervene in an immigration matter based on the fact that this Court issued a decision in a previous case. It is not clear what relief Mr. Boney is seeking from this Court. His earlier action before this Court, in which his name was spelled "Dane Ian Bonney," was closed on September 8, 2003. Mr. Boney has filed multiple letters with this Court since 2003, see Dkt. Nos. 16-21, but has not brought any proceeding that is currently pending before this Court. No action is required from the Court.

The Federal Defenders have notified the Court that they are not representing Mr. Boney. Mr. Boney may wish to contact the New York Legal Assistance Group (NYLAG) by phone at 212-659-6190 for assistance with pro se matters. A flyer about contacting NYLAG is attached.

Chambers will mail a copy of this Order to the address from which it received the most recent mailing from Mr. Boney, at Dana I. Boney, c/o Barbara Boney, 311 W. Fremont Street, Burgaw, NC 28425.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 15, 2020**                       /s/ John G. Koeltl
                                                       **John G. Koeltl**
                                          **United States District Judge**

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

